MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KYBN 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

**FILED**

MAY - 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-12-00772 PSG |
| Plaintiff, | SECOND STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| vs. | |
| ANTOINE EDWARD DOMINIC TURNER, | |
| Defendant. | |

On April 1, 2013 the parties in this case appeared before the Court for a status hearing. The parties jointly requested that the case be continued until June 3, 2013 at 9:00 am, in order to allow counsel reasonable time necessary for effective preparation. In addition, the parties request an exclusion of time under the Speedy Trial Act, from April 1, 2013 to June 3, 2013. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1
SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-12-00772 PSG

SO STIPULATED:				MELINDA HAAG
						United States Attorney


DATED: April 30, 2013			/S/
						ROBERT K. PRUITT
						Special Assistant United States Attorney



DATED: May 1, 2013			/S/
						MANUEL ARAUJO
						Counsel for the Defendant


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 1, 2013 to June 3, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 5/2/13

HOWARD R. LLOYD
United States Magistrate Judge